

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00130-CR

IN RE: JOSEPH DONALD SMITH

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# M E M O R A N D U M   O P I N I O N

Joseph Donald Smith has filed a document with this Court that we deem to be a petition seeking mandamus. He has no pending appeal with this Court, but has filed a document asking this Court to order the court reporter for the 115th Judicial District Court of Upshur County, Deanna Drennen, to provide him with a transcription of his trial before that court.

The jurisdiction of Texas Courts of Appeals to issue writs of mandamus is set out by statute. This Court has jurisdiction to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). We have no pending appeal involving Joseph Donald Smith, and we do not have the authority to issue a mandamus against a court reporter in this context.

We deny the petition.

Bailey C. Moseley
Justice

Date Submitted:     July 2, 2013
Date Decided:       July 3, 2013

Do Not Publish

2